DE LORENZO, Respondent, v. TISDALE, Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by Leone De Lorenzo against Josiah B. Tisdale. No opinion. Judgment and order unanimously affirmed, with costs.

DE LORENZO, Respondent, v. TISDALE, Appellant. (Supreme Court, Appellate Division, Second Department. October 22, 1909.) Action by Leon De Lorenzo against Josiah B. Tisdale, sued herein as "John" B. Tisdale. No opinion. Motion denied, with $10 costs.

DERBYSHIRE COFFEE CO., Respondent, v. ÆTNA INDEMNITY CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. October 15, 1909.) Action by the Derbyshire Coffee Company against the Ætna Indemnity Company and another. W. P. Frank, for appellants. J. E. Roeser, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

DESATNEK, Appellant, v. SCHIEFFER et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by Elias B. Desatnek against Dora Schieffer, individually and as executrix, etc., and others. No opinion. Judgment affirmed, with costs.

DE VAUL, Respondent, v. EBB, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 6, 1909.) Action by Levi De Vaul against Peter Ebb. No opinion. Judgment and order affirmed, with costs.

DEXTER, Respondent, v. JETTER BREWING CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by George M. Dexter against the Jetter Brewing Company. No opinion. Judgment affirmed, with costs.

DIAMOND, Respondent, v. METROPOLITAN LIFE INS. CO., Appellant. (Supreme Court, Appellate Division, First Department. June 25, 1909.) Action by Beckie Diamond against the Metropolitan Life Insurance Company. With this case has been consolidated in this court cases bearing titles as follows: Martin Ench, Respondent, v. New York Taxicab Co., Appellant; Wm. Knabe & Co. Mfg. Co., Appellant, v. William Dinwiddie, Respondent, et al.; Turchin Sheffield Plate & Sterling Silver Plate Co., Respondent, v. David Lindenborn, Appellant; New York Evening Journal Pub. Co., Respondent, v. Isaac Michaels et al., Appellants. No opinions. Applications for leave to appeal denied, with $10 costs. Orders signed. See, also, 116 N. Y. Supp. 617, 716.

DIESEND, Respondent, v. DAVIES, Appellant. (Supreme Court, Appellate Division, Second Department. June 11, 1909.) Action by Irene Diesend, an infant, by John Diesend, her guardian ad litem, against J. Clarence Davies. No opinion. Motion to dismiss appeal granted, with costs.

DIXON, Respondent, v. COZINE, Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by Russel Dixon against James J. Cozine. No opinion. Judgment (114 N. Y. Supp. 615) affirmed, with costs, on the opinion of Mr. Justice Carr at Special Term.

DOCKRELL, Respondent, v. RIDGWAY CO., Appellant. (Supreme Court, Appellate Division, First Department. October 22, 1909.) Action by Thomas E. Dockrell against the Ridgway Company. J. B. Sheehan, for appellant. L. Ward, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs. Order filed.

DOEPFNER, Appellant, v. BOWERS, Respondent. (Supreme Court, Appellate Division, First Department. October 15, 1909.) Action by Otto Doepfner against Lamont M. Bowers. G. H. Francoeur, for appellant. G. W. Murray, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 55 Misc. Rep. 561, 106 N. Y. Supp. 932.

DOLLARD, Respondent, v. KORONSKY, Appellant. (Supreme Court, Appellate Division, First Department. June 25, 1909.) Action by Albert H. Dollard against Benjamin Koronsky. H. London, for appellant. Y. Allen, for respondent.

PER CURIAM. Determination (61 Misc. Rep. 392, 113 N. Y. Supp. 793) affirmed, with $10 costs and disbursements. Order filed.

INGRAHAM, J., dissents.

In re DOUGHER. (Supreme Court, Appellate Division, Second Department. June 22, 1909.) In the matter of the application of Robert V. Dougher for admission to the bar. No opinion. Application granted, and order signed.

DOWDALL, Respondent, v. GEORGE BORGFELDT & CO., Appellant (two cases). (Supreme Court, Appellate Division, First Department. October 22, 1909.) Action by Charles E. Dowdall against George Borgfeldt & Co. G. B. Covington, for appellant. H. S. Mack, for respondent. No opinion. Determinations (113 N. Y. Supp. 1069) affirmed, with costs. Orders filed.

In re DOWNING. (Supreme Court, Appellate Division, Second Department. October 23, 1909.) In the matter of the application of Robert F. Downing. No opinion. Order of the Special Term affirmed, without costs.